UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT HARPER,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | No. 2:25-cv-03700-DC-SCR<br><br>ORDER |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 8, 2026, the undersigned issued Findings and Recommendations ("F&R") which recommended that Defendants' motions to dismiss be granted and that Plaintiff be allowed leave to amend. ECF No. 27. The F&R set forth the Court's view on the appropriate scope of amendment, and recommended that Plaintiff be allowed 21 days to amend after Judge Coggins issues her ruling on the F&R. ECF No. 27 at 10-11.

The F&R has not yet been adopted, but on May 18, 2026, Plaintiff filed a first amended complaint ("FAC"). ECF No. 27. Defendants filed motions to strike and dismiss the FAC. ECF Nos. 30 & 31. Both of the motions argue that the FAC is premature. *See* ECF No. 30 at 5 ("[T]he District Court Judge had not ruled on that recommendation at the time that Harper filed

his FAC. Thus, his FAC was improperly filed, and is without legal effect, and should be struck."); ECF No. 31 at 4 ("Although the magistrate judge recommended granting Plaintiff leave to amend on certain, limited grounds, in his Findings and Recommendations, the Court has not yet granted Plaintiff leave to amend. Thus, the FAC should be stricken in its entirety."). The motions make other substantive arguments about the sufficiency and scope of the FAC. The Court expresses no view on those arguments or the sufficiency of the FAC, but agrees the FAC was prematurely filed.

Plaintiff filed the FAC prior to the ruling on the F&R. Judge Coggins' order on the F&R will set the scope of amendment that is allowed, and the time in which Plaintiff must file an amended complaint. The Court agrees the FAC is premature, and it will be stricken.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to strike (ECF Nos. 30 & 31) are GRANTED, to the extent set forth herein.

2. The Clerk shall strike the FAC filed at ECF No. 28.

3. The hearing set for August 6, 2026, at 10:00 a.m. is hereby VACATED.

SO ORDERED.

DATED: July 22, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE