UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT HARPER,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | No. 2:25-cv-03700-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 6, 10, 15, 27) |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On May 8, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 27. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2026, are ADOPTED;
2. Defendant CDCR and Piva's Motion to Dismiss (ECF No. 6) is GRANTED;

3. Defendant SPB's Motion to Dismiss (ECF No. 10) is GRANTED;

4. Plaintiff's motion for leave to amend (ECF No. 15), contained in his opposition brief, is GRANTED only as follows:

   a. Plaintiff may seek to plead a retaliation claim against CDCR under Title VII;

   b. Plaintiff may seek to plead a violation of state law against CDCR or SPB;

   c. Plaintiff may seek to plead a claim under 42 U.S.C. § 1983 against an individual who allegedly violated Plaintiff's constitutional rights; and

5. Plaintiff's motion for default judgment (ECF No. 21) is DENIED;

6. This matter is referred back to the assigned magistrate judge for further proceedings, including determining whether to permit plaintiff to proceed on the unauthorized first amended complaint filed on May 18, 2026 (ECF No. 28), or to direct plaintiff to file a second amended complaint consistent with the limited leave to amend granted by this order.

IT IS SO ORDERED.

Dated: **July 22, 2026**

Dena Coggins
United States District Judge